Commonwealth ex rel. Packer, Appellant, *v.*
Russell.

Submitted November 8, 1965.
*Robert L. Orr,* and *Reed, Orr & Reed,* for appellant;

712

*George E. James,* Assistant District Attorney, and *Robert J. Masters,* District Attorney, for appellee.

Order affirmed.